UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

KEVIN M. KEAY,                                          10-CV-1100-BR

                    Plaintiff,                          ORDER

v.

VETERANS AFFAIRS REGIONAL
OFFICE and VETERANS AFFAIRS
MEDICAL CENTER,

                    Defendants.


     Plaintiff moves to proceed *in forma pauperis.*  An
examination of the Application reveals Plaintiff is unable to
afford the costs of this action.

     IT IS, THEREFORE, ORDERED the provisional *in forma pauperis*
status granted Plaintiff under Local Rule 3-5(b) is confirmed.
This action may go forward without the payment of fees or costs.

     Pursuant to 28 U.S.C. § 1915(d), the United States Marshal's
Office is directed to serve the Summons, Complaint, and any Local
Rule 16-1(d) scheduling orders on the Defendant pursuant to

1 -   ORDER

Federal Rule of Civil Procedure 4(e).

For each defendant named in the action, Plaintiff is responsible for 1) completing and submitting to the Clerk's Office an original and one copy of the Summons for issuance by the Clerk, 2) providing the Clerk with a copy of the Complaint for service, and 3) completing and submitting instructions for service of process on a form USM285 to the Clerk's Office. Summons forms and the USM285 may be obtained on request from the Clerk's Office.

The Clerk is directed to issue Summons in this case and to forward to the United States Marshal the papers received from the Plaintiff for service of process, including the completed USM285.

IT IS SO ORDERED.

DATED this 3rd day of November, 2010.


**/s/ Anna J. Brown**

_____
ANNA J. BROWN
United States District Judge

2 - ORDER