```
                    IN THE UNITED STATES DISTRICT COURT

                         FOR THE DISTRICT OF OREGON

                              PORTLAND DIVISION
```

**KEVIN M. KEAY,**                              3:10-CV-1100-BR

      **Plaintiff,**                       **JUDGMENT**

**v.**

**VETERANS AFFAIRS REGIONAL**
**OFFICE and VETERANS AFFAIRS**
**MEDICAL CENTER,**

      **Defendants.**


    Based on the Court's Opinion and Order (#29) issued July 12, 2011, the Court **DISMISSES** this matter **with prejudice**.

    IT IS SO ORDERED.

    DATED this 12th day of July, 2011.

                                  /s/ Anna J. Brown

                                  ANNA J. BROWN
                                  United States District Judge

1 - JUDGMENT